**E-filed 4/24/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re RAMBUS INC., SECURITIES LITIGATION | Case Number C-06-4346-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On September 28, 2006 the above entitled matter was deemed the Master File in the Rambus Inc., Securities Litigation. At that time, the Court consolidated the following cases under lead case number C-06-4346-JF: C-06-4427-JF, C-06-4629-JF; C-06-4715-JF and C-06-4732-JF. In light of the consolidation, the clerk shall administratively close the following cases: C-06-4427-JF, C-06-4629-JF, C-06-4715-JF, and C-06-4732-JF.

IT IS SO ORDERED.   4/24/08

_____
JEREMY FOGEL
United States District Judge